THOMAS J. LEWIS
ATTORNEY AT LAW
1602 WASHINGTON AVE.
HOUSTON, TEXAS 77007
TEL: (713) 868-0081
FAX: (713) 861-2951
E-MAIL: TJLAW2@COMCAST.NET

June 19, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

6/19/2015 11:39:10 AM

CHRISTOPHER A. PRINE
Clerk

David Sendejo
TDCJ # 01947386
Robertson Unit
12071 FM 3522
Abilene, Texas 79601

RE: **David Sendejo v. State of Texas**.
No. 01-14-00697, 98-CR.
First Court of Appeals.
**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Dear Mr. Sendejo:

Enclosed is a copy of the Judgment and Opinion of the Court of Appeals in your case. Unfortunately, the Court has affirmed your conviction.

Rule 48.4 of the Texas Rules of Appellate Procedure requires me to give you the following notice:

**If you wish to appeal the ruling in your case, you may petition the State's highest criminal court, the Court of Criminal Appeals. The Court has discretion to accept or deny your petition. If you want to proceed on your own, you have the right to file a *pro se* Petition for Discretionary Review of the Appeals Court's decision with the Court of Criminal Appeals. You must file your petition within 30 days of June 18, 2015, the date the Appeals Court handed down its decision. The petition must be filed with the Clerk of the COURT OF CRIMINAL APPEALS, P.O. BOX 12308, AUSTIN, TX 78711. If you need more time than 30 days, you may file a request for an extension no later than 15 days after the due date. If you need more details, you should look at Rule 68 of the Texas Rules of Appellate Procedure.**

If you have any further questions, please let me know.

Very truly yours,

Thomas J. Lewis

file